UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:21-MJ-229-ZMF |
| | : | |
| ZACHARY WILSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated May 3, 2021, be made part of the record in the above-captioned case.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        ACTING UNITED STATES ATTORNEY

                        _____
                        JACOB J. STRAIN
                        Utah Bar No. 12680
                        Assistant United States Attorney
                        U.S. Attorney's Office for the District of Columbia
                        555 4th Street, N.W.
                        Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**May 3, 2021**

<u>*Discovery Letter #1*</u>

Joanne Slaight, Attorney at Law
400 7th St, NW, Suite 206
Washington, DC 20004

    RE:    U.S. v. Zachary Wilson (1:21-MJ-229-ZMF)

Dear Counsel,

    Pursuant to our discovery obligations, we have provided the following files via USAfx on May 3, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

    0176-KC-3375962_0000005.pdf
    0176-KC-3375962_0000005_1A0003825_0000001.msg
    0176-KC-3375962_0000006.pdf
    0176-KC-3375962_0000007.pdf
    0176-KC-3375962_0000008.pdf
    0176-KC-3375962_0000008_1A0003446_0000001.jpeg
    0176-KC-3375962_0000009.pdf
    0176-KC-3375962_0000009_1A0000001_0000001.jpeg
    0176-KC-3375962_0000009_1A0000001_0000002.3gp
    0176-KC-3375962_0000009_1A0000001_0000003.jpg
    0176-KC-3375962_0000009_1A0000001_0000004.pdf
    0176-KC-3375962_0000009_1A0000001_0000005.jpg
    0176-KC-3375962_0000010.pdf
    0176-KC-3375962_0000010_Import.pdf
    0176-KC-3375962_0000011.pdf
    0176-KC-3375962_0000011_Import.msg
    0176-KC-3375962_0000012.pdf

0176-KC-3375962_0000013.pdf
0176-KC-3375962_0000013_1A0000002_0000001.jpg
0176-KC-3375962_0000013_1A0000002_0000002_PHYSICAL.pdf
0176-KC-3375962_0000013_1A0000002_0000003.pdf
0176-KC-3375962_0000015.pdf
0176-KC-3375962_0000015_1A0000001_0000001_PHYSICAL.pdf
0176-KC-3375962_0000015_1A0000001_0000002_PHYSICAL.pdf
0176-KC-3375962_0000017.pdf
0176-KC-3375962_0000017_1A0000002_0000001.pdf
0176-KC-3375962_0000018.pdf
0176-KC-3375962_0000018_1A0000003_0000001.docx
0176-KC-3375962_0000018_1A0000003_0000002.docx
0176-KC-3375962_0000019.pdf
0176-KC-3375962_0000019_1A0000004_0000001.pdf
0176-KC-3375962_0000019_1A0000004_0000002.pdf
0176-KC-3375962_0000019_1A0000004_0000003.pdf
0176-KC-3375962_0000019_1A0000004_0000004.pdf
0176-KC-3375962_0000019_1A0000004_0000005.pdf
0176-KC-3375962_0000020.pdf
0176-KC-3375962_0000022.pdf
0176-KC-3375962_0000022_1A0000006_0000001.pdf
0176-KC-3375962_0000023.pdf
0176-KC-3375962_0000023_1A0000003_0000001_PHYSICAL.pdf
0176-KC-3375962_0000023_1A0000003_0000002_PHYSICAL.pdf
Screenshot_20210125-120703_Messages.jpg
Screenshot_20210125-120851_Messages.jpg
Screenshot_20210125-121149_Messages.jpg
Screenshot_20210125-121155_Messages.jpg
Screenshot_20210125-121200_Messages.jpg
Screenshot_20210125-121206_Messages.jpg
Screenshot_20210125-121210_Messages.jpg
Screenshot_20210125-121217_Messages.jpg
Screenshot_20210125-121223_Messages.jpg
Screenshot_20210125-121232_Messages.jpg
Screenshot_20210125-121240_Messages.jpg
Screenshot_20210125-121248_Messages.jpg
Screenshot_20210125-121255_Messages.jpg
Screenshot_20210125-121304_Messages.jpg
Screenshot_20210125-121308_Messages.jpg
Screenshot_20210125-121316_Messages.jpg
Screenshot_20210125-121322_Messages.jpg
Screenshot_20210125-121329_Messages.jpg
Screenshot_20210125-121337_Messages.jpg
Screenshot_20210125-121345_Messages.jpg
Screenshot_20210125-121352_Messages.jpg
Screenshot_20210125-121359_Messages.jpg

    Screenshot_20210125-121407_Messages.jpg
    Screenshot_20210125-121415_Messages.jpg
    Screenshot_20210125-121425_Messages.jpg
    IMG956237.3gp
    IMG956240.3gp
    IMG_6238.3gp
    IMG_6239.3gp
    IMG_6243.3gp

    We recognize the government's discovery obligations under Brady v. Maryland, 373 U.S. 83 (1963), its progeny, and Rule 16. We will continue provide timely disclosure if any such material comes to light. Consistent with Giglio, Ruiz, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

    We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; United States v. Nobles, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

    Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions. We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

    By: */s/ Jacob J. Strain*
    JACOB J. STRAIN
    Assistant United States Attorney