AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Zachary Wilson

Case No. 　/21/ MJ 00229

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Zachary Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) and (2) (1) - knowingly entering or remaining in any restricted building

2021.02.12
14:42:39 -05'00'

Date: 02/12/2021

*Issuing officer's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/12/21, and the person was arrested on *(date)* 2/19/21
at *(city and state)* SPRINGFIELD, MO.

Date: 2/19/21

*Arresting officer's signature*

JEFF ATWOOD  SA FBI
*Printed name and title*