UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Criminal No. 21-MJ-229 |
| ] | |
| ZACHARY WILSON ] | ZMF |
| ] | |

**DEFENDANT ZACHARY WILSON'S CONSENT REPLY -
GOVERNMENT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Defendant Zachary Wilson notifies the Court that he consents to the Government's Motion - Doc. 22 - to continue the preliminary hearing and indictment return date for at lest 60 days, and to exclude that time under the Speedy Trial Act.

Respectfully submitted,

_____/s/_____
Joanne D. Slaight, #332866
400  7th St, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969
Email:  jslaight@att.net

1